United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND, et ,al.<br><br>    Plaintiffs,<br><br>  v.<br><br>HARTLEY CONSTRUCTION, INC., and MARK LINDQUIST,<br><br>    Defendants. | No. C 19-05720 WHA<br><br>**ORDER TO SHOW CAUSE** |

Attorney Harold Palmer Smith, III, is **HEREBY ORDERED TO APPEAR** on **JANUARY 2, 2020, AT 11:00 A.M.**, in Courtroom No. 9, United States District Court, at 450 Golden Gate Avenue, San Francisco, California, and **TO SHOW CAUSE** why this case should not be dismissed for failure to appear at the case management conference or other sanction for failing to attend the duly noticed case management conference held in this action on December 18, 2019, at

11:00 a.m. Attorney Smith shall serve and file a sworn detailed declaration regarding his failure to appear at least **FIVE CALENDAR DAYS** before said OSC hearing.

**IT IS SO ORDERED.**

Dated: December 19, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE